IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELISSA CHINERY                  :
                                 :       CIVIL ACTION
         Plaintiff,              :       NO. 16-2697
                                 :
    v.                           :
                                 :
AMERICAN AIRLINES                :
                                 :
         Defendant.              :

# O R D E R

**AND NOW** this **27th** day of **August, 2018,** upon consideration of Defendant American Airlines' motion for summary judgment (ECF No. 34), and the responses and reply thereto (ECF Nos. 37, 38, 39-1), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,   J.**